1 **WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
2 Sacramento, CA  95822
(916) 456-1122
3 (916) 737-1126 (fax)

4 Kathleen J. Williams, CSB #127021

5 Attorneys for defendants LASSEN COUNTY,
KEVIN MANNEL and LYNNE MARGOLIES

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM S. | CASE NO: CIV-05-01217 DFL CMK |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL REGARDING KEVIN MANNEL** |
| LASSEN COUNTY, CALIFORNIA; LYNNE MARGOLIES and KEVIN MANNEL | |
| Defendants. | |

Defendants LASSEN COUNTY, LYNNE MARGOLIES, KEVIN MANNEL and WILLIAMS S. by and through their attorneys of record, hereby stipulate that defendant KEVIN MANNEL be, and hereby is, dismissed with prejudice, from the above-captioned action, pursuant to FRCP 41(a)(1), each side to bear its own costs and attorneys' fees.

Dated: 02/08/06     HAGER & HEARNE

By:/s/ "Treva J. Hearne" original signature retained by counsel
     TREVA HEARNE, attorneys for
     Plaintiff WILLIAMS S.

///

1 | Dated: 2/16/06      WILLIAMS & ASSOCIATES

2

3 | By: /s/ "Kathleen J. Williams" original signature retained by counsel
       KATHLEEN J. WILLIAMS
4      Attorneys for defendants
       LASSEN COUNTY, LYNNE MARGOLIES and KEVIN
5      MANNEL

6

7
**IT IS SO ORDERED.**
8

9
Dated: 2/16/2006
10

11

12  _____
    DAVID F. LEVI
13  United States District Judge

14

...

28 | *William S. v. Lassen* [CIV S 05-01217 DFL CMK]Stiplulation re Dismissal of Kevin Mannel            Page 2