1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    WILLIAM S.,                              No. CIV S-05-1217-DFL-CMK

12              Plaintiff,

13         vs.                                 ORDER

14    LASSEN COUNTY, et al.,

15              Defendants.

16    _____/

17            Pending before the court is plaintiff's motion for a protective order (Doc. 43),

18    filed on June 30, 2006.  Defendants filed an opposition (Doc. 45) on July 6, 2006.  Through his

19    motion, plaintiff seeks a protective order prohibiting defendants' counsel from taking the

20    deposition of his attorney, Treva J. Hearne, Esq., currently noticed for July 11, 2006.  Until such

21    time as the court can decide the merits of plaintiff's motion, Ms. Hearne shall not be required to

22    appear for her deposition.

23            IT IS SO ORDERED.

24    Dated: July 10, 2006

25                                              /s/ Craig M. Kellison
                                                UNITED STATES MAGISTRATE JUDGE
26

1