IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM S.,

      Plaintiff,

   vs.

LASSEN COUNTY, et al.,

      Defendants.

No. CIV S-05-1217-DFL-CMK

ORDER

        Pending before the court is plaintiff's motion for a protective order (Doc. 43), filed on June 30, 2006. Defendants filed an opposition (Doc. 45) on July 6, 2006.

        Through his motion, plaintiff seeks a protective order prohibiting defendants' counsel from taking the deposition of his attorney, Treva J. Hearne, Esq. Defendants state that they are entitled to ask Ms. Hearne questions concerning ". . . both her own and her client's knowledge that [plaintiff] was placing his medical condition into the public record by filing a tort claim." As to knowledge plaintiff had, defendants should seek such information directly from him. Any knowledge Ms. Hearne, as plaintiff's attorney, had is irrelevant. Ms. Hearne is not a plaintiff to this action, her medical records were not involved, and she has not put her knowledge or expectation of privacy at issue. In addition, to the extent defendants seek to ask

1  Ms. Hearne about knowledge plaintiff had, Ms. Hearne cannot testify to what plaintiff knew or
2  didn't know.  Any questions about what Ms. Hearne may have told plaintiff would be more
3  properly directed to plaintiff.
4         Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a protective
5  order is granted.

7  DATED:   July 18, 2006.

                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE