**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants LASSEN COUNTY
and LYNNE MARGOLIES

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM S.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LYNNE MARGOLIES, RONALD VOSSELOR, KIM PERKINS, KEVIN MANNEL and MELODY BRAWLEY,<br><br>　　　　Defendants. | CASE NO: CIV-05-01217 DFL CMK<br><br>**STIPULATION OF DISMISSAL** |

///
///
///

*William S. v. Lassen* [CIV S 05-01217 DFL CMK]/Stipulation of Dismissal　　　　　　　　　　Page 1

1   IT IS HEREBY STIPULATED by and between the parties to this action through
2 their designated counsel that defendant LYNNE MARGOLIES be, and hereby is,
3 dismissed, with prejudice, from the above-captioned action, pursuant to FRCP 41(a)(1),
4 each side to bear its own costs and attorneys' fees.

5 Dated:                        WILLIAMS & ASSOCIATES

7                               By:_____
                                    KATHLEEN J. WILLIAMS, CSB #127021
8                                   Attorneys for defendants LASSEN COUNTY
                                    And LYNNE MARGOLIES

10 Dated:                       HAGER & HEARNE

12                              By:_____
                                    TREVA HEARNE,
13                                  Attorneys for plaintiff WILLIAM S.

IT IS SO ORDERED

Dated: 10/11/2006

_____
DAVID F. LEVI
United States District Judge

28 *William S. v. Lassen* [CIV S 05-01217 DFL CMK]/Stipulation of Dismissal                                    Page 2