**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants LASSEN COUNTY

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM S. | CASE NO: 2:05-cv-01217-JKS-CMK |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| LYNNE MARGOLIES, RONALD VOSSELOR, KIM PERKINS, KEVIN MANNEL and MELODY BRAWLEY, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that defendant, LASSEN COUNTY, be, and hereby is, dismissed, with prejudice, from the above-captioned action pursuant to FRCP 41(a)(1), each side to bear its own costs and attorneys' fees.

Dated: August 31, 2007      WILLIAMS & ASSOCIATES


By: /s/ KATHLEEN J. WILLIAMS
        KATHLEEN J. WILLIAMS, CSB #127021
        Attorneys for defendant LASSEN COUNTY

HAGER & HEARNE

Dated: August 27, 2007      By: /S/ Treva Hearne original signature retained by counsel
        TREVA HEARNE Attorney for plaintiff WILLIAM S.

IT IS SO ORDERED

Dated: September 4, 2007          /s/ James K. Singleton
        _____ U.S. District Court Judge

*William S. v. Lassen* [CIV S 05-01217 JKS-CMK]Stipulation for Dismissal                    Page 1